UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS G. CLAIBORNE,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No.  2:15-cv-0710 JAM CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner who is proceeding pro se and in forma pauperis.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On June 5, 2015, the court ordered the United States Marshal to serve the complaint on defendants.  Process directed to defendant Butler was returned unserved because "CDCR special investigator unable to locate or identify."  Plaintiff must provide additional information to serve this defendant. (ECF No. 17.)  Plaintiff shall promptly seek such information through the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed March 30, 2015;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Butler;

    b. Two copies of the endorsed complaint filed March 30, 2015; and

    c. One completed summons form (if not previously provided) or show good cause why he cannot provide such information.

Dated: August 28, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/md; clai0710.8e

1
2
3
4
5
6
7
8                             UNITED STATES DISTRICT COURT
9                          FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | DENNIS G. CLAIBORNE,                   No.  2:15-cv-0710 JAM CKD P
12 |         Plaintiff,
13 |    v.                                   NOTICE OF SUBMISSION OF
                                             DOCUMENTS
14 | CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND
15 | REHABILITATION, et al.,
16 |         Defendants.
17

18        Plaintiff hereby submits the following documents in compliance with the court's order
19 filed _____ :
20        ____        completed summons form
21        ____        completed USM-285 forms
22        ____        copies of the _____
23                           Complaint
24 DATED:
25
26
27                                                    _____
28                                                    Plaintiff

3