UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS G. CLAIBORNE, | No. 2:15-cv-0710 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

On January 8, 2016, plaintiff filed a request for reconsideration of the magistrate judge's order filed December 22, 2015, revoking plaintiff's in forma pauperis status and requiring him to pay the filing fee for this action.  (ECF No. 29.)  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

////

////

////

1

1 | Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
magistrate judge filed December 22, 2015, is affirmed.

DATED: 2/18/2016

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE